UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAQUEL BLAKENEY,<br><br>            Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>            Defendants. | Case No. 15-CV-05544-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Elliot Gale
Defendant Experian's Attorney: Katherine Neben
Defendant Ascension Services' Attorney: Jennifer Scott
Defendant Credit Recovery Associates' Attorney: Monique Jewett-Brewster
Defendant Capital One's Attorney: Chelsea Diaz

An initial case management conference was held on April 21, 2016. A further case management conference is set for August 3, 2016 at 2:00 p.m. The parties shall file their joint case management statement by July 27, 2016.

Jennifer Scott shall file a notice of appearance on April 21, 2016.

The parties shall file a stipulation of dismissal as to Defendant Capital One by April 28, 2016.

Plaintiff shall attempt to contact Defendant Regional Finance Corporation. If Defendant Regional Finance Corporation fails to respond and does not appear in the case, Plaintiff shall file a

1

Case No. 15-CV-05544-LHK
CASE MANAGEMENT ORDER

request for entry of default as to Regional Finance Corporation by May 13, 2016.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | July 6, 2016 |
| Further Case Management Conference | August 3, 2016 at 2:00 p.m. |
| Opening Expert Reports | December 2, 2016 |
| Rebuttal Expert Reports | December 16, 2016 |
| Close of Fact and Expert Discovery | January 6, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | January 19, 2017 |
| Hearing on Dispositive Motions | March 2, 2017 at 1:30 p.m. |
| Final Pretrial Conference | April 27, 2017 at 1:30 p.m. |
| Jury/Bench Trial | May 15, 2017 at 9:00 a.m. |
| Length of Trial | 1 day |

**IT IS SO ORDERED.**

Dated: April 21, 2016

_____
LUCY H. KOH
United States District Judge