SCOTT J. SAGARIA (BAR # 217981)
ELLIOT W. GALE (BAR #263326)
JOE B. ANGELO (BAR #268542)
SCOTT M. JOHNSON (BAR #287182)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 5th Floor
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RAQUEL BLAKENEY,<br><br>            Plaintiff,<br><br>     v.<br><br>Ascension Services, L.P.; Credit Recovery Associates, Inc.; Regional Finance Corporation; and DOES 1 through 100 inclusive,<br><br>            Defendants. | CASE NO. 5:15-cv-5544-LHK<br><br>AMENDED COMPLAINT FOR DAMAGES:<br><br>1. Violation of Fair Credit Reporting Act;<br>2. Violation of California Consumer Credit Reporting Agencies Act; |

COMES NOW Plaintiff RAQUEL BLAKENEY, an individual, based on information and belief, to allege as follows:

**INTRODUCTION**

1. This case arises under the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b) and the California Consumer Credit Reporting Agencies Act, California Civil Code §1785.25(a). Plaintiff seeks redress for the unlawful and deceptive practices committed by the Defendants in connection with their inaccurate reporting of Plaintiff's debt included in Plaintiff's Chapter 13 bankruptcy.

**JURISDICTION & VENUE**

2. Plaintiff re-alleges and incorporates herein by this reference the allegations in each and every paragraph above, fully set forth herein.

3. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337, and 1367, and 15 U.S.C. § 1681.

4. This venue is proper pursuant to 28 U.S.C. §1391(b).

## GENERAL ALLEGATIONS

5. Plaintiff filed for Chapter 13 bankruptcy protection on November 7, 2014 in order to reorganize and repair Plaintiff's credit. Plaintiff's Chapter 13 bankruptcy was confirmed on May 30, 2015, binding creditors to its terms under 11 U.S.C. §1327.

6. On September 3, 2015 Plaintiff ordered a three bureau report from Equifax, Inc. to ensure proper reporting by her creditors.

7. Plaintiff noticed several tradelines on the September 3, 2015 credit report all reporting misleading and inaccurate information.

8. Defendant Ascension Services, L.P. was reporting Plaintiff's account, beginning in 120, as owing both a balance of $5,604, a past due balance of $5,604, and being in collections, despite a Bankruptcy Court Order stating that approximately 43% of Ascension Services, L.P. debt was owed pursuant to the terms of Plaintiff's confirmed chapter 13 plan.

9. Defendant Credit Recovery Associates, Inc. was reporting Plaintiff's account, beginning in 90001418, as owing both a balance of $649, monthly payments due in the amount of $60, a past due balance of $909 despite a Bankruptcy Court Order stating that approximately 43% of Credit Recovery Associates, Inc.'s debt was to be paid pursuant to the terms of Plaintiff's confirmed chapter 13 plan.

10. Defendant Regional Finance Corporation was reporting Plaintiff's account, beginning in 5410506 as being in collections and charged off and without reference to Plaintiff's chapter 13 filing despite a Bankruptcy Court Order binding Regional Finance Corporation to the terms of Plaintiff's chapter 13 plan.

11. In response Plaintiff disputed the inaccurate tradelines via certified mail with Experian Information Solutions, Inc.; Equifax, Inc.; and TransUnion, LLC on October 18, 2015.

12. Plaintiff is informed and believes that each credit reporting agency sent each Defendant notification that Plaintiff was disputing the accuracy of what it was reporting to them.

13. On November 24, 2015 Plaintiff ordered a second three bureau report from Equifax, Inc. to ensure proper reporting and to verify that the accounts identified in Paragraphs 8-10 were updated based on the disputes.

14. Plaintiff noticed, after a review of the November 24, 2015 credit report, that the same inaccuracies were being reported as identified in Paragraphs 8-10.

15. Defendants Ascension Services, L.P.; Credit Recovery Associates, Inc.; and Regional Finance Corporation investigation was not reasonable because it failed to review the terms of Plaintiff's confirmed chapter 13 plan, failed to investigate how the Chapter 13 Bankruptcy Trustee was disbursing on the claim, and failed to review the Bankruptcy Court's Confirmation Order on how creditors were bound by the terms of the plan..

16. The actions of the Defendants as alleged herein are acts in violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b).

17. The actions of the Defendants as alleged herein are acts in violation of the consumer credit reporting agencies act California Civil Code § 1785.25(a).

**FIRST CAUSE OF ACTION**
(Violation of Fair Credit Reporting Act
15 U.S.C. § 1681s-2(b))
(Against Defendants and Does 1-100)

**Ascension Services, L.P.; Credit Recovery Associates, Inc.; and Regional Finance Corporation – Reporting Inaccurate Information to Experian Information Solutions, Inc.; Equifax, Inc. and TransUnion, LLC and Failure to Reinvestigate.**

18. Plaintiff realleges and incorporates herein the allegation in each and every paragraph above as though fully set forth herein.

19. 15 USC 1681s-2(b) prohibits furnishers from providing any information relating to a consumer to any consumer reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate or misleading and requires a furnisher to update and or correct inaccurate information after being notified by a consumer reporting agency of a dispute by a consumer.

20. Defendants Ascension Services, L.P.; Credit Recovery Associates, Inc.; and Regional Finance Corporation violated section 1681s-2(b) by failing to conduct a reasonable investigation and re-reporting misleading and inaccurate account information by reporting both

3

a balance owed and past due balance despite a Court Order stating approximately 43% was owed pursuant to the terms of Plaintiff's confirmed chapter 13 plan.

21. Experian Information Solutions, Inc. provided notice to the Defendants Ascension Services L.P., Credit Recovery Associates, Inc.; and Regional Finance Corporation that Plaintiff was disputing the inaccurate and misleading information but Ascension Services, L.P., Credit Recovery Associates Inc., and Regional Finance Corporation failed to conduct a reasonable investigation of the information as required by the FCRA.

22. Defendant Ascension Services, L.P. supplied inaccurate and misleading to the Credit Reporting Agencies by reporting, after Plaintiff's chapter 13 filing and confirmation of the repayment plan, that the account was in collections, and there was both a balance and past due balance owed to Defendant Ascension Services, L.P., despite the treatment of its claim under the terms of Plaintiff's confirmed chapter 13 repayment plan.

23. Defendant Credit Recovery Associates supplied inaccurate and misleading information to the Credit Reporting Agencies by reporting, after Plaintiff's chapter 13 filing and confirmation of the repayment plan, that the account was in collections, charged off, and that both a balance and past due balance were owed to Defendant Credit Recovery Associates, despite the treatment of its claim under the terms of Plaintiff's confirmed chapter 13 repayment plan.

24. Defendant Regional Finance Corporation supplied inaccurate and misleading information to the Credit Reporting Agencies by reporting, after Plaintiff's chapter 13 filing and confirmation of the repayment plan, that the account was in collections and charged off with no mention of Plaintiff's chapter 13 filing, despite the treatment of the claim under the terms of Plaintiff's confirmed chapter 13 repayment plan.

## SECOND CAUSE OF ACTION
(Violation of California Consumer Credit Reporting Agencies Act
California Civil Code § 1785.25(a))
(Against Defendants and Does 1-100)

**Ascension Services, L.P.; Credit Recovery Associates, Inc.; and Regional Finance Corporation – Reporting Inaccurate Information to Experian Information Solutions, Inc.; Equifax, Inc. and TransUnion, LLC.**

25. Plaintiff realleges and incorporates herein the allegation in each and every paragraph above as though fully set forth herein.

26. Defendants Ascension Services, L.P.; Credit Recovery Associates, Inc.; and Regional Finance Corporation intentionally and knowingly reported misleading and inaccurate account information to Experian Information Solutions, Inc.; Equifax, Inc.; and TransUnion, LLC.

27. Plaintiff alleges that Defendants re-reported a misleading and inaccurate account information, as stated in paragraphs 8-10 and 22 – 24 to Experian Information Solutions, Inc.; Equifax, Inc.; and TransUnion, LLC in violation of California Civil Code § 1785.25(a).

28. Plaintiff also alleges that Defendants had reason to know that the information reported on Plaintiff's accounts were misleading and inaccurate.

29. Plaintiff alleges that the bankruptcy notices, disputes letters from all three credit reporting agencies, the consumer data industry resource guide, and results of its investigation should have provided notice to Defendants of its misleading and inaccurate reporting as well as being noticed of the plan confirmation and proof of claim forms sent by the U.S. Bankruptcy Court.

30. Defendants failed to notify Experian Information Solutions, Inc.; Equifax, Inc. and TransUnion, LLC that the information Defendants re-reported was inaccurate before the end of 30 business days, in violation of California Civil Code § 1785.25(a).

31. Defendants' communications of false information, and repeated failures to investigate, and correct their inaccurate information and erroneous reporting were done knowingly, intentionally, and in reckless disregard for their duties and Plaintiff's rights.

32. As a direct and proximate result of Defendants' willful and untrue communications, Plaintiff has suffered actual damages including but not limited to inability to properly reorganize under Chapter 13, reviewing credit reports from all three consumer reporting agencies, time reviewing reports with counsel, sending demand letters, diminished credit score, and such further expenses in an amount to be determined at trial.

33. Wherefore, Plaintiff prays for judgment as hereinafter set forth.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

    a. For preliminary and permanent injunctive relief to stop Defendants from engaging in the conduct described above;

    b. Award statutory and actual damages pursuant to 15 U.S.C. § 1681n and California Civil Code § 1785.31;

    c.   Award punitive damages in order to deter further unlawful conduct pursuant to 15 U.S.C. § 1681n; and California Civil Code § 1785.31;

    d.   Award attorney's fees and costs of suit incurred herein pursuant to 15 U.S.C. § 1681n & o; California Civil Code § 1785.31;

    e.   For determination by the Court that Creditor's policies and practices are unlawful and in willful violation of 15 U.S.C. § 1681n, et seq.; and

    f.   For determination by the Court that Creditor's policies and practices are unlawful and in negligent violation of 15 U.S.C. § 1681o.

Dated: May 9, 2016        By:    **SAGARIA LAW, P.C.**
                                   */s/ Elliot Gale*
                                     Scott Sagaria, Esq.
                                     Elliot Gale, Esq.
                                     Attorneys for Plaintiff

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands trial of this matter by jury.

Dated: May 9, 2016                  **SAGARIA LAW, P.C.**
                                     */s/ Elliot Gale*
                                     Scott Sagaria, Esq.
                                     Elliot Gale, Esq.
                                     Attorneys for Plaintiff